Swamy PARAVASTU, Petitioner,

v.

**DEPARTMENT OF THE TREASURY,**
Respondent.

No. 03–3299.

United States Court of Appeals,
Federal Circuit.

Dec. 4, 2003.

ON MOTION

*ORDER*

Upon consideration of Swamy Paravastu's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Frank MANCHAK, Jr.,
Plaintiff–Appellee,

v.

**U.S. ECOLOGY, INC.,** Defendant–
Appellant.

No. 03–1351, 03–1437.

United States Court of Appeals,
Federal Circuit.

Dec. 4, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).